UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson,** | Case No.: 2:16-CV-00455-WBS-AC |
| Plaintiff, | **ORDER ON APPLICATION TO CONTINUE SCHEDULING CONFERENCE** |
| v. | |
| **Edwin P. Chan;** **Judy K. Chan**; and Does 1-10, | Complaint Filed: March 4, 2016 |
| Defendants. | Trial Date:     N/A |

Having read the Application to Continue Scheduling Conference, there being no opposition, and finding good cause it is hereby ordered that the scheduling conference be continued to December 5, 2016 at 1:30 p.m.   A Joint Status Report shall be filed no later than November 21, 2016.

IT IS SO ORDERED.

Dated:  September 14, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE