UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EDWIN P. CHAN;<br>JUDY K. CHAN; and Does 1-10,<br><br>　　　　Defendants | **Case No.**: 2:16-CV-00455-WBS-AC<br><br>ORDER TO EXTEND DATE FOR FILING DISPOSITIONAL DOCUMENTS BY 60 DAYS |

　　　Plaintiff SCOTT JOHNSON ("Plaintiff") and Defendants EDWIN P. CHAN, and JUDY K. CHAN ("Defendants") hereby stipulate to extend the deadline to file the dispositional documents by 60 days. The new deadline to file the dispositional documents will be January 9, 2017. The Scheduling Conference is continued to January 30, 2017 at 1:30 p.m.

　　　IT IS SO ORDERED.

Dated: November 14, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE